IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JANSPORT, INC., a Delaware corporation, et al.,<br><br>Defendants. | ORDER<br><br>Case No. 2:07 CV 415 TC |

Plaintiff and defendants V. F. Corporation, JanSport, Inc., V. F. Outdoor, Inc. and Recreational Equipment, Inc. having stipulated that defendant V. F. Corporation could be dismissed without prejudice from this action and good cause appearing,

IT IS HEREBY ORDERED that defendant V. F. Corporation be and hereby is dismissed **without** prejudice from the above entitled action.

DATED this 21st day of August, 2007.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge