BERMAN & SAVAGE, P.C.
E. Scott Savage (2865)
Casey K. McGarvey (4882)
170 South Main Street. Suite 500
Salt Lake City, Utah 84101
Telephone: (801) 328-2200

FILED RECEIVED
U.S. DISTRICT COURT
2007 DEC 21 A 9:51   DEC 18 2007
DISTRICT OF UTAH   OFFICE OF
                   JUDGE TENA CAMPBELL
BY:_____
   DEPUTY CLERK

Attorneys for Plaintiff, EdiZONE, LC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LC, a Utah limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>JANSPORT, INC., a Delaware corporation, V. F. CORPORATION, a Pennsylvania corporation, dba JANSPORT, VF OUTDOOR, INC., a Delaware corporation, dba JANSPORT, and RECREATIONAL EQUIPMENT, INC., a Washington corporation, dba REI, and DOES 1-50,<br><br>            Defendants. | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO STAY<br><br>Case No. 2:07CV415TC<br><br>Judge Tena Campbell<br>Magistrate Judge Brooke C. Wells |

On December 12, 2007, Defendants' Motion to Stay the Present Action Pending Reexamination came before Judge Tena Campbell. Plaintiff, Edizone, LC, was represented by Casey K. McGarvey, and defendants, VF Outdoor, Inc. and Recreational Equipment, Inc., were represented by Elizabeth T. Dunning and Marcia H. Sundeen. The Court, having considered the briefs and materials submitted by the parties and oral argument of counsel, and for good cause shown, now hereby

ORDERS that Defendants' Motion to Stay the Present Action Pending Reexamination is

-2-

hereby GRANTED in part and DENIED in part. It is granted as to plaintiff's Fifth Claim for Relief for patent infringement and also defendants' counterclaims for declaratory judgment of non-infringement and patent invalidity, but denied as to all other causes of action.

DATED this 26 day of December, 2007.

BY THE COURT:

_Tena Campbell_
Honorable Tena Campbell

APPROVED AS TO FORM:

HOLME ROBERTS & OWEN LLP


/s/Elizabeth T. Dunning
Elizabeth T. Dunning
Attorneys for Defendants