EdiZONE, LC
Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
Telephone: (801) 936-1039
casey@edizone.com

Attorneys for Plaintiff, EdiZONE, LC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LC, <br><br> Plaintiff, <br><br> v. <br><br> JANSPORT, INC., V.F. CORPORATION, V.F. OUTDOOR, INC., and RECREATIONAL EQUIPMENT, INC., <br><br> Defendants. | ORDER GRANTING MOTION AND STIPULATION TO EXTEND TIME TO REPLY <br><br> Case No. 2:07cv00415 CW <br><br> Judge Clark Waddoups <br> Magistrate Judge Brooke C. Wells |

Having considered the parties' Second Motion and Stipulation to Extend Time to Reply, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the parties' Second Motion and Stipulation to Extend Time to Reply is GRANTED. The Plaintiff shall have up to and including June 18, 2010 to reply in support of its Motion for Partial Summary Judgment and for Relief from Order.

DATED this 25TH day of MAY, 2010.

BY THE COURT

_____
Judge Clark Waddoups

APPROVED AS TO FORM:

/s/ Elizabeth T. Dunning
Elizabeth T. Dunning
*Attorney for Defendants*