EDIZONE, LC
Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
Telephone: (801) 936-1039

Attorney for Plaintiff, EdiZONE, LC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LC, a Utah limited liability company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JANSPORT, INC., a Delaware corporation, V. F. CORPORATION, a Pennsylvania corporation, dba JANSPORT, VF OUTDOOR, INC., a Delaware corporation, dba JANSPORT, and RECREATIONAL EQUIPMENT, INC., a Washington corporation, dba REI, and DOES 1-50,<br><br>　　　　　　　　　　　　Defendants. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:07CV415 CW<br><br>Judge Clark Waddoups<br>Magistrate Judge Brooke C. Wells |

　　　　　PLEASE TAKE NOTICE THAT Plaintiff, EdiZONE, LC, is conventionally filing the original and two copies of the following document: **Plaintiff's Reply Memorandum in Support of Motion for Partial Summary Judgment and for Relief from Order (Docket No. 67)**. This document has not been filed electronically because it is filed under seal, pursuant to Stipulated Amended Protective Order signed October 24, 2008 (Docket No. 59). This document is being conventionally served upon all parties.

DATED this 18th day of June, 2010.

                EDIZONE, LC

                <u>/s/ Casey K. McGarvey</u>
                Casey K. McGarvey
                Attorney for EdiZONE, LC

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 18th day of June, 2010, I caused a true and correct copy of the within and foregoing **NOTICE OF CONVENTIONAL FILING** to be served by ECF/PACER electronic process upon the following:

 Elizabeth T. Dunning
 Holme Roberts & Owen LLP
 299 South Main Street Suite 1800
 Salt Lake City, Utah  84111

 Marcia H. Sundeen
 Kenyon & Kenyon LLP
 1500 K Street NW
 Washington DC 20005-1257
 *Attorneys for Defendants Jansport, Inc.*
 *VF Outdoor, Inc., Recreational Equipment, Inc.*

              /s/ Casey K. McGarvey